BEFORE THE FIRST DIVISION, FEBRUARY 26, 1945

**No. 50042.**—Petition 6486–R of Nicholas Gal (New York).

Opinion by OLIVER, P. J. The petition was dismissed.

FEBRUARY 19, 1945

**No. 50043.**—SUIT 4487.— .—*United States* v. *Thorens, Inc.* C. D. 853 affirmed January 4, 1945. C. A. D. 298.

FEBRUARY 26, 1945

**No. 50044.**—SUIT 4476.— —*St. Andrews Textile Co., Inc.* v. *United States.* C. D. 830 affirmed December 11, 1944. C. A. D. 294.

**No. 50045.**—SUIT 4480.— —*Armand Schwab & Co., Inc.* v. *United States.* affirmed January 4, 1945. C. A. D. 296.

BEFORE THE THIRD DIVISION, MARCH 2, 1945

**No. 50046.**—Protests 15856–K, etc., of Acierno Bros. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50047.**—Protests 973052–G, etc., of African Metals Corp. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.